(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>Middle District of Florida | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Correia, Sean** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D No.<br>(if more than one, state all)  **xxx-xx-5752** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No<br>(if more than one, state all) |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**22376 New Rochelle Ave.**<br>**Port Charlotte, FL 33952** | Street Address of Joint Debtor (No & Street, City, State & Zip Code). |
| County of Residence or of the<br>Principal Place of Business    **Charlotte** | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
| Location of Principal Assets of Business Debtor<br>(if different from street address above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined in 11 U S C § 101 | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form No 3 |
| ☐ Debtor is and elects to be considered a small business under 11 U S C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 |
|---|---|---|---|
| | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 |
|---|---|---|---|
| | ☐ | ☐ | ☐ |

ORDER FOR RELIEF GRANTED

Alexander L. Paskay
United States Bankruptcy Judge
FILED: DECEMBER 22, 2003

CLERK, U.S. BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
2003 DEC 22  AM 10: 58
FILED TAMPA, FLORIDA

03-26250-9P7

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Correia, Sean** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed  **- None -** | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor.<br>**- None -** | Case Number | Date Filed: |
| District. | Relationship | Judge. |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Sean Correia**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**Phillip J. Jones #238295**
Printed Name of Attorney for Debtor(s)
**WILKINS, FROHLICH, JONES, et al.**
Firm Name
**18501 Murdock Circle, 6th Floor**
**Port Charlotte, FL 33948**
Address
**(941) 625-0700  Fax: [941] 625-9540**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date
**Phillip J. Jones**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156

# United States Bankruptcy Court
## Middle District of Florida

In re    **Sean Correia** _____ ,

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 232,223.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,340.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,994.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 232,223.03 | |

In re      **Sean Correia**                                          ,                    Case No. _____

                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re    **Sean Correia**                                                                                    Case No _____
                                    _____,
                                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None " If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community " If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt

Do not list interests in executory contracts and unexpired leases on this schedule  List them in Schedule G - Executory Contracts and Unexpired Leases

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property "

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1 | Cash on hand | X | | | |
| 2 | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | X | | | |
| 3 | Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 | Household goods and furnishings, including audio, video, and computer equipment | X | | | |
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6 | Wearing apparel | X | | | |
| 7 | Furs and jewelry | X | | | |
| 8 | Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 | Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |

                                                                                    Sub-Total >                    0.00
                                                                                    (Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Sean Correia** _____,    Case No _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10   Annuities  Itemize and name each issuer | X | | | |
| 11   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | X | | | |
| 12   Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13   Interests in partnerships or joint ventures  Itemize | X | | | |
| 14   Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15   Accounts receivable | X | | | |
| 16   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17   Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18   Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19   Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Sean Correia**                                                      ,    Case No _____

                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | X | | | |
| 24  Boats, motors, and accessories | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals. | X | | | |
| 30  Crops - growing or harvested  Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed | X | | | |

Sub-Total >                         0.00
(Total of this page)
Total >                         0.00

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

In re   **Sean Correia**                                                                 Case No _____

                                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under
*[Check one box]*
☐ 11 U S C §522(b)(1)    Exemptions provided in 11 U S C §522(d) Note  These exemptions are available only in certain states
■ 11 U S C §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                         been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                         period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest
                         is exempt from process under applicable nonbankruptcy law

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **None.** | | | |

 **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **Sean Correia**                                                      ,    Case No _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests List creditors in alphabetical order to the extent practicable If all secured creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community "

If the claim is contingent, place an "X" in the column labeled "Contingent" If the claim is unliquidated, place an "X" in the column labeled "Unliquidated" If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule Report this total also on the Summary of Schedules

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |
| Account No | | | | | | | | |
| | | | Value $ | | | | | |

<u>  0  </u>   continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | |
| Total (Report on Summary of Schedules) | **0.00** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(12/03)

In re    **Sean Correia**                                                    Case No _____

                                                    ,
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided  Only holders of unsecured claims entitled to priority should be listed in this schedule  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors  If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed" (You may need to place an "X" in more than one of these three columns )

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule  Repeat this total also on the Summary of Schedules

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets )

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U S C  § 507 (a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

_____0_____  continuation sheets attached

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re    **Sean Correia**                                              ,        Case No _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so  Do not include claims listed in Schedules D and E  If all creditors will not fit on this page, use the continuation sheet provided

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community"

If the claim is contingent, place an "X" in the column labeled "Contingent"  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated"  If the claim is disputed, place an "X" in the column labeled "Disputed"  (You may need to place an "X" in more than one of these three columns )

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule  Report this total also on the Summary of Schedules

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No  **4818538** <br><br> **AllianceOne** <br> **PO Box 2449** <br> **Gig Harbor, WA 98335-4449** | - | | | | | | | | **206.70** |
| Account No  **074392416** <br><br> **Allied Interstate** <br> **PO Box 361445** <br> **Columbus, OH 43236** | | | | | | | | | **19.95** |
| Account No  **3713-844875-92007** <br><br> **American Express** <br> **PO Box 804247** <br> **Chicago, IL 60680-4104** | - | | | | | | | | **29,589 15** |
| Account No  **5046-6201-0718-1414** <br><br> **Arrow Financial Services LLC** <br> **21031 Network Place** <br> **Chicago, IL 60673-1210** | - | | | | | | | | **5,027.70** |
| **5**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **34,843.50** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                                     S/N 24364-031103   Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Sean Correia**                                                                    Case No _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  **941 625 2318** <br><br> **AT&T** <br> **PO Box 530006** <br> **Atlanta, GA 30353-0006** | | - | | | | | 35.90 |
| Account No  **5488-9750-2583-9328** <br><br> **BankCard Services** <br> **PO Box 5222** <br> **Carol Stream, IL 60197-5222** | | | | | | | 329.65 |
| Account No  **31099732** <br><br> **Broward Adjustment Services, Inc.** <br> **PO Box 11879** <br> **Fort Lauderdale, FL 33339-1879** | | - | | | | | 3,339.09 |
| Account No  **5291-1515-5622-0505** <br><br> **Capitol One** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | | - | | | | | 1,759.05 |
| Account No  **9416252318636** <br><br> **Collectech Systems, Inc.** <br> **PO Box 361505** <br> **Columbus, OH 43231** | | - | | | | | 58.20 |

Sheet no   **1**   of   **5**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,521.89

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re  **Sean Correia**                                                                 Case No. _____
                                                   ,
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No  4501647830 <br><br> Creditors Interchange, Inc. <br> PO Box 1335 <br><br> Buffalo, NY 14240-1335 | | - | | | | | | 439.35 |
| Account No  156-9820-010 <br><br> First Leasing Corporation <br> PO Box 565145 <br> Dallas, TX 75356-5145 | | - | | | | | | 1,792.22 |
| Account No  4093561694 <br><br> GC Services <br> PO Box 47500 <br> Jacksonville, FL 32247 | | - | | | | | | 45,330.44 |
| Account No  9191194 <br><br> Kevin L. String Co , LPA <br> PO Box 221406 <br> Beachwood, OH 44122 | | - | | | | | | 59.85 |
| Account No <br><br> Mandalay Apartments <br> 880 Mandalay Ave. <br> Clearwater Beach, FL 33767 | | - | | | | | X | 3,000 00 |

| | | |
|---|---|---|
| Sheet no  **2**  of  **5**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 50,621.86 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Form B6F - Cont
(12/03)

In re    **Sean Correia**                                                                    Case No _____
                                                    ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM   IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No  00000026819527 | | | 2001 Mazda Tribute | | | | |
| **Mazda American Credit Department #193901 PO Box 55000 Detroit, MI 48255-1939** | - | | | X | | | 0.00 |
| Account No  7084506 | | | | | | | |
| **NCO Financial Services, Inc. PO Box 13692 Philadelphia, PA 19101** | - | | | | | | 197.74 |
| Account No  Q86138 | | | | | | | |
| **NCO Financial Systems Inc. PO Box 41593 Philadelphia, PA 19101-1593** | - | | | X | | | 264.00 |
| Account No  15OP5E | | | | | | | |
| **NCO Financial Systems Inc. PO Box 41457 Philadelphia, PA 19101-1457** | - | | | | | | 38.75 |
| Account No  6993865 | | | | | | | |
| **NCO Financial Systems, Inc. PO Box 13692 Philadelphia, PA 19101** | - | | | | | | 578.50 |

Sheet no  __3__  of  __5__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,078.99**

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Sean Correia**                                                        Case No. _____
                                                    ,
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No | | | | | | | |
| Nova Information Systmes, Inc. C/O Carla Brown Harward, Esq 105 South Narcissus Ave. Suite 612 West Palm Beach, FL 33401 | | - | | X | | | 135,311.70 |
| Account No  5182812 4-458-55423 1031022485 | | | | | | | |
| OSI Collection Services, Inc. PO Box 965 Brookfield, WI 53008 | | - | | X | | | 95.94 |
| Account No  45640052-11 | | | | | | | |
| Plaza Associates JAF Station PO Box 2769 New York, NY 10116-2769 | | - | | | | | 3,201.19 |
| Account No  830366154 | | | | | | | |
| Sprint PO Box 88026 Chicago, IL 60680-1206 | | - | | X | | | 195.06 |
| Account No  8611290 | | | | | | | |
| Superior Asset Mangement PO Box 5789 Clearwater, FL 33758-5789 | | - | | | | | 407.50 |

Sheet no  **4**  of  **5**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139,211.39

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont
(12/03)

In re    **Sean Correia**
_____,
                    Debtor

Case No _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No  **14 2123 0623663805 06** <br><br> **Verizon Florida Inc.** <br> **PO Box 920041** <br> **Dallas, TX 75392-0041** | | - | | | X | | | **945.40** |
| Account No <br><br> **Ziff Davis Media Inc.** <br> **C/O Richard D. Ahlquist** <br> **2088 Hawthorne Street** <br> **Sarasota, FL 34239** | | - | | | | | | **Unknown** |
| Account No <br><br> | | | | | | | | |
| Account No <br><br> | | | | | | | | |
| Account No <br><br> | | | | | | | | |

Sheet no  **5**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**945.40**

Total
(Report on Summary of Schedules)

**232,223.03**

Copyright (c) 1996-2003 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

In re    **Sean Correia** _____,    Case No. _____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests*
*State nature of debtor's interest in contract, i e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease*
*Provide the names and complete mailing addresses of all other parties to each lease or contract described*

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

___**0**___   continuation sheets attached to *Schedule of Executory Contracts and Unexpired Leases*

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Sean Correia**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

___0___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6I
(12/03)

In re    **Sean Correia**                                              Case No _____
                                    _____,
                                    Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter** | AGE<br>**1.5 Years** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Travel Agent** | |
| Name of Employer | **Ship N'Shore Cruises** | |
| How long employed | **4 Months** | |
| Address of Employer | **1160 S. McCall Road**<br>**Englewood, FL** | |

| INCOME  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,000.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 3,000.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 540.00 | $ N/A |
| b Insurance | $ 120.00 | $ N/A |
| c Union dues | $ 0.00 | $ N/A |
| d. Other (Specify)_____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 660.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,340.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N/A |
|  | $ 0 00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 2,340.00 | $ N/A |
| TOTAL COMBINED MONTHLY INCOME | $ 2,340.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing
of this document:

In re    **Sean Correia**                                         Case No _____

_____
                    Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse "

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . .    . . . . . . $ | 700.00 |
| Are real estate taxes included?          Yes_____   No____**X**____ | |
| Is property insurance included?          Yes_____   No____**X**____ | |
| Utilities·  Electricity and heating fuel . . .  .          . . . . . . . .                   . . . . . . . . .  $ | 150 00 |
|       Water and sewer . . . . . .  . . .          . . . . . .          . . $ | 80 00 |
|       Telephone   . . . . . . . .         . .      . . . . . . . . . .          . . . . . . . . .     . . $ | 150.00 |
|       Other_____  . $ | 0.00 |
| Home maintenance (repairs and upkeep)         .           . . . . .    . . . . . .  . $ | 150.00 |
| Food          . . . .                 . . .    . . .           . .  . . . . . .  . $ | 250.00 |
| Clothing        . . . . .                    . . . . .          .      . . . . . .  $ | 0.00 |
| Laundry and dry cleaning . . . .                  . . . . .          . . . . . .  $ | 75.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 100.00 |
| Transportation (not including car payments)      .   . . . . . . . .    . . . . . . . . . . $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . .          . . . . . . . . .  . $ | 0.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|       Homeowner's or renter's     . . . . . . . . . . .      . .    . . . . . . . . .     . .  . . $ | 0 00 |
|       Life  . . . . . . . .          . . . . . . . .    . . . . . . .  . $ | 0.00 |
|       Health .         . . . . .          . . . . .      . . . . . .    . .          . . . . . .  . $ | 120.00 |
|       Auto     . . . . .          . . . .          .    . . . . . .           . . . . .  $ | 300.00 |
|       Other_____  . . . . . . . $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|       (Specify)_____  .  $ | 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan ) | |
|       Auto  . . . . .             . . . . . . .         . . . . .        . . . . . $ | 369.00 |
|       Other____**Day care for child**_____      . . . . . $ | 400.00 |
|       Other_____  . . . . . . . $ | 0.00 |
|       Other_____     . .   $ | 0.00 |
| Alimony, maintenance, and support paid to others      . . . . . . .          . . . . . $ | 0.00 |
| Payments for support of additional dependents not living at your home      . . . .   . . . . . $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . $ | 0.00 |
| Other_____  . . . . . $ | 0 00 |
| Other_____  . . . . . $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . .      . .        .  $ | **2,994.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A  Total projected monthly income . . . .          . . . . . .      . .  . . . . . . .     . $ | | **N/A** |
| B. Total projected monthly expenses .  . . . . . . .  . . .    . . . . .          . . .  $ | | **N/A** |
| C. Excess income (A minus B) . . . . . . . .          . . . . . .    . . . . . . .       .  $ | | **N/A** |
| D. Total amount to be paid into plan each _____  .  . . .  $ | | **N/A** |
|                              (interval) | | |

# United States Bankruptcy Court
## Middle District of Florida

In re    Sean Correia                                         Case No. _____

                                              Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
\_\_18\_\_ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date \_\_11/04/03_____          Signature _____
                                                        Sean Correia
                                                        Debtor

*Penalty for making a false statement or concealing property.*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Middle District of Florida

In re    Sean Correia

Debtor(s)

Case No _____

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs

Questions 1 - 18 are to be completed by all debtors  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25  **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question

### DEFINITIONS

*"In business "* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation, a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider "* The term "insider" includes but is not limited to  relatives of the debtor, general partners of the debtor and their relatives, corporations of which the debtor is an officer, director, or person in control, officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates, any managing agent of the debtor  11 U S C § 101

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year ) If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT                    SOURCE (if more than one)

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None
■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| *Capital One Bank v. Sean Correia*, Case No. 03-01121 SP | Suit on account | County Court in Charlotte County, Florida | Pending |
| *Nova Information Systems, Inc. v. Sean Correia et. al.* Case No. 03-4438-CI-008 | Suit on guaranty | Circuit Court in Pinellas County, Florida | Pending |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

3

None ■  b  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ■  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

4

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

5

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or otherwise self-employed

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

6

None ■ c List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ■ d List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                   DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■ b List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                 TITLE                 NATURE AND PERCENTAGE OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR              DATE AND PURPOSE OF WITHDRAWAL              AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY

7

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2001 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    _11/04/03_                      Signature                                         

                                                         Sean Correa
                                                         Debtor

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 and 3571

Official Form 8
(9/97)

# United States Bankruptcy Court
## Middle District of Florida

In re  Sean Correia
_____

Debtor(s)

Case No. _____

Chapter  7  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**                         **Creditor's name**
-NONE-

*b. Property to Be Retained*                                      *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C § 524(c) |
|---|---|---|---|---|
| -NONE- | | | | |

Date  11/04/03
_____

Signature _____
Sean Correia
Debtor

Software Copyright (c) 1996-2002 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re   Sean Correia _____   Case No. _____

                                    Debtor(s)              Chapter   7   _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: _11/04/03_____          _____
                                       Sean Correia
                                       Signature of Debtor

Sean Correia
22376 New Rochelle Ave.
Port Charlotte, FL 33952

Broward Adjustment Services, Inc.
PO Box 11879
Fort Lauderdale, FL 33339-1879

NCO Financial Services, Inc.
PO Box 13692
Philadelphia, PA 19101

Phillip J. Jones
WILKINS, FROHLICH, JONES, et al.
18501 Murdock Circle, 6th Floor
Port Charlotte, FL 33948

Capitol One
P.O. Box 85015
Richmond, VA 23285-5015

NCO Financial Systems Inc.
PO Box 41593
Philadelphia, PA 19101-1593

AllianceOne
PO Box 2449
Gig Harbor, WA 98335-4449

Collectech Systems, Inc.
PO Box 361505
Columbus, OH 43231

NCO Financial Systems Inc.
PO Box 41457
Philadelphia, PA 19101-1457

Allied Interstate
PO Box 361445
Columbus, OH 43236

Creditors Interchange, Inc.
PO Box 1335
Buffalo, NY 14240-1335

NCO Financial Systems, Inc.
PO Box 13692
Philadelphia, PA 19101

American Express
PO Box 804247
Chicago, IL 60680-4104

First Leasing Corporation
PO Box 565145
Dallas, TX 75356-5145

Nova Information Systmes, Inc.
C/O Carla Brown Harward, Esq.
105 South Narcissus Ave.
Suite 612
West Palm Beach, FL 33401

Arrow Financial Services LLC
21031 Network Place
Chicago, IL 60673-1210

GC Services
PO Box 47500
Jacksonville, FL 32247

OSI Collection Services, Inc.
PO Box 965
Brookfield, WI 53008

AT&T
PO Box 530006
Atlanta, GA 30353-0006

Kevin L. String Co., LPA
PO Box 221406
Beachwood, OH 44122

OSI Collection Services, Inc.
PO Box 43050
Phoenix, AZ 85080

BankCard Services
PO Box 5222
Carol Stream, IL 60197-5222

Mandalay Apartments
880 Mandalay Ave.
Clearwater Beach, FL 33767

Plaza Associates
JAF Station
PO Box 2769
New York, NY 10116-2769

Bray & Singletary, P.A.
421 W. Church Street
PO Box 53197
Jacksonville, FL 32201-3197

Mazda American Credit
Department #193901
PO Box 55000
Detroit, MI 48255-1939

Sprint
PO Box 88026
Chicago, IL 60680-1206

Superior Asset Mangement
PO Box 5789
Clearwater, FL 33758-5789

Verizon Florida Inc.
PO Box 920041
Dallas, TX 75392-0041

Ziff Davis Media Inc.
C/O Richard D. Ahlquist
2088 Hawthorne Street
Sarasota, FL 34239

# United States Bankruptcy Court
## Middle District of Florida

In re    Sean Correia                                              Case No _____
                              Debtor(s)                           Chapter    7   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1    Pursuant to 11 U S C § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows

|  |  |
|---|---|
| For legal services, I have agreed to accept | $        1,400 00 |
| Prior to the filing of this statement I have received | $         500 00 |
| Balance Due | $         900 00 |

2    The source of the compensation paid to me was

     ■ Debtor     ☐ Other (specify)

3    The source of compensation to be paid to me is

     ■ Debtor     ☐ Other (specify)

4    ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

     ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm   A
     copy of the agreement, together with a list of the names of the people sharing in the compensation is attached   The above includes the
     filing fee

5    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including
     a   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy,
     b   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required,
     c   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof,
     d   [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning, preparation and filing of reaffirmation
         agreements and applications as needed, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
         of liens on household goods

6    By agreement with the debtor(s), the above-disclosed fee does not include the following service
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any
         other adversary proceeding

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding

Dated    _____

                                             Phillip J Jones
                                             WILKINS, FROHLICH, JONES, et al
                                             18501 Murdock Circle, 6th Floor
                                             Port Charlotte, FL 33948
                                             (941) 625-0700  Fax [941] 625-9540

---